UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYTHEON COMPANY<br>Plaintiff | : | CA 05 371S |
| VS | : | C.A. No.: |
| BOLLINGER SHIPYARDS, INC.<br>Defendant | : | |

## COMPLAINT

1. Raytheon Company is a corporation organized under the laws of Delaware with its principal place of business in Massachusetts. Raytheon Integrated Defense Systems is a business of Raytheon Company with development, production and test facilities in Portsmouth, Rhode Island (collectively "RIDS").

2. Upon information and belief, Bollinger Shipyards, Inc. ("Bollinger") is a corporation organized under the laws of Louisiana with its principal place of business in Louisiana.

3. Jurisdiction is proper pursuant to 28 U.S.C. §1332 because of the diversity of the parties and the matter in controversy exceeds $75,000 exclusive of interest and costs.

4. The defendant is properly subject to the personal jurisdiction of this Court.

5. RIDS is a designer, manufacturer and supplier of sophisticated naval and maritime defense systems to the United States Department of Defense.

6. In connection with the testing of a new maritime defense system, RIDS contracted with the owners of the *OSV Roseanna*. The testing entailed the fitting of a keel-mounted sonar dome and related components (the "System") on to the *OSV Roseanna*.

7. On or about June 30, 2004, RIDS contracted with Bollinger for the installation and later removal of the System on the *OSV Roseanna* by Bollinger. The contract was for a firm fixed-price of $698,437 and specified certain completion dates for the work to be performed by Bollinger.

8. Because the System is a national defense related project, the contract specified that Bollinger was required to follow all provisions related to defense priorities. Pursuant to applicable requirements, the work to be performed by Bollinger was to take schedule precedence over commercial work.

9. In breach of the provisions of the contract, Bollinger made demand for an additional payment of $188,000 related to costs it alleges are related to scheduling and completion of the work it performed. That demand was rejected by RIDS.

10. To wrongfully force RIDS to pay the demand, Bollinger has recently threatened to assert a maritime lien against the *OSV Roseanna*.

<u>COUNT I</u>

(Declaratory Relief)

11. The plaintiff incorporates by reference the allegations contained in paragraphs 1-10 of the Complaint.

12. There exists a real and actual controversy between RIDS and Bollinger concerning the rights and obligations of the parties under the terms of the contract and Bollinger's threatened maritime lien against the *OSV Roseanna*.

WHEREFORE, the plaintiff requests that judgment enter in its favor and that this Court

a. Declare that Bollinger is in breach of contract with plaintiff;

b. Declare that Bollinger is not entitled to effectuate a lien against the *OSV Roseanna*;

c. Enter an Order that Bollinger is liable for attorney's fees and costs of suit;

d. Grant such further relief as the Court deems just and proper.

RAYTHEON COMPANY

By its Attorney,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esquire (#4257)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500 (telephone)
(401) 553-6850 (facsimile)