UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYTHEON COMPANY<br>Plaintiff | : | |
| VS | : | C.A. No.: 05-371S |
| BOLLINGER SHIPYARDS, INC.<br>Defendant | : | |

MEMORANDUM IN RESPONSE TO SHOW CAUSE ORDER

On October 27, 2005, L. Clifton Dickerson, the registered agent for the defendant, received the summons and complaint certified mail. Exhibit 1. Attached hereto is the return of service. Exhibit 2.

For the foregoing reasons, service has been completed.

RAYTHEON COMPANY

By its Attorney,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esquire (#4257)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500 (telephone)
(401) 553-6850 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document via first class postage prepaid to L. Clifton Dickerson, III, Esq., 1402 Mar Drive, Lockport, LA, 70374 on 16 day of February, 2006.