AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EXHIBIT 2

ALL-STATE LEGAL®

RAYTHEON COMPANY

V.

BOLLINGER SHIPYARDS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 371S

TO: (Name and address of Defendant)

Agent for service:
L. Clifton Dickerson, III
1402 Mar Drive
Lockport, LA 70374

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. O'Gara, Esq.
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8/29/05

Francis M<sup></sup>Callo

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-27-05 |
|---|---|
| NAME OF SERVER *(PRINT)* William E O'Gara | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): service made by certified mail to registered agent delivered on October 27, 2005 pursuant to R.I.G.L. §9-5-33 and Rule 4. Return receipt attached.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 16, 2006
Date

William E O'Gara
Signature of Server

One Financial Plaza, Suite 1800
Prov. RI 02903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.