UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYTHEON COMPANY

v. C.A. No. 05-371S

BOLLINGER SHIPYARDS, INC.

**SHOW CAUSE ORDER**

On or before **May 12, 2006**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/27/06