UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RATHEON COMPANY,
Plaintiff,

V.

C.A. No. 05-371S

BOLLINGER SHIPYARDS, INC.,
Defendant.

ORDER

Raytheon Company's Motion to Stay is GRANTED. This case is stayed for sixty (60) days at which time the plaintiff shall file a status report with the Court.

ORDER:

By: Karen Baldinelli
Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 7/5/06