UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYTHEON COMPANY, Plaintiff, | : | |
| v. | : | C.A. No. 05-371S |
| BOLLINGER SHIPYARDS, INC. Defendant. | : | |

NOTICE OF DISMISSAL

This action is dismissed with prejudice.

RAYTHEON COMPANY

By its Attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esq. (#4257)
1800 Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Tel: 401-824-5100
Fax: 401-824-5123

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within Notice of Dismissal was forwarded via first class mail to:

Laurence R. Debuys, IV, Esq.
Reich, Album & Plunkett LLC
3850 N. Causeway Blvd.
Metairie, Louisiana 70002

on this 1st day of August, 2007.

/s/ William E. O'Gara

Doc #6198